# First District Court of Appeal
## State of Florida

_____

No. 1D2022-4002
_____

ADRIAN WOOD,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

July 3, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Christina Day Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.